**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard Spear,

Petitioner,

v.

Warden, FCI Sandstone,

Respondent.

Case No. 26-cv-01754 (KMM/SGE)

**ORDER ON REPORT AND RECOMMENDATION**

---

This matter is before the Court on United States Magistrate Judge Shannon G. Elkins's September 4, 2026 Report and Recommendation ("R&R") recommending that Petitioner Richard Spear's Petition for Writ of Habeas Corpus be denied and the action be dismissed with prejudice. (R&R, Dkt. 13.)

Mr. Spear has not filed any written objections to the R&R, either within the permissible 14 days or in the weeks since. *See* D. Minn. L.R. 72.2(B)(1) (setting a 14-day deadline for a party to file "objections to a magistrate judge's proposed finding and recommendations"). In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). While deprivation of Mr. Spear's good conduct time as discipline for violating a prison rule does implicate his Fifth Amendment rights, the Court agrees with Judge Elkins's determination that FCI Sandstone has met its burden and provided Mr. Spear with sufficient due process. (Dkt. 13 at 4–5 (analyzing Mr. Spear's alleged due process violation based on the rule set

forth in *Espinoza v. Peterson*, 283 F.3d 949, 951–52 (8th Cir. 2002)). No clear error exists. As a result, the Court accepts the R&R in full.

**ORDER**

For the foregoing reasons, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Dkt. 13) is **ACCEPTED**.

2. Plaintiff Richard Spear's Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED**, and the action is **DISMISSED WITH PREJUDICE.**

**Let Judgment be entered accordingly.**

Date: November 23, 2026

*s/ Katherine M. Menendez*
Katherine M. Menendez
U.S. District Court Judge